UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>SHIELA RITTER,<br><br>    Defendant. | Case No. 2:07-cr-00026-PMP-LRL<br><br>ORDER |

This case has come before the Court in its capacity as Chief Judge to clarify the order of restitution previously entered as part of the Judgment (ECF No. 23) on December 10, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. The Court accordingly finds good cause to modify the Judgment as follows.

It is therefore ordered that Defendant must make restitution to the following payee listed below:

**Name of Payee:**    FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA")

**Amount of Restitution:**    $20,966.00

**Total Amount of Restitution ordered:** $20,966.00*

*The Restitution amount of $20,966.00 does not include any payments receipted by the Court.

DATED THIS 30th Day of January 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE